UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Yvonne Reeves

Case No.: 17-34780 RG
Chapter: 7
Judge: Hon R Gambardella

## NOTICE OF PROPOSED ABANDONMENT

__Jeffrey A. Lester__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __Rosemary Gambardella__ on __April 3, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3E__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 18 Whitman Ave., East Orange. NJ    Value about $370,000

Liens on property: Carrington Mortgage Servicing    Balance about $356,500

Amount of equity claimed as exempt: Maximum allowed by statute

Objections must be served on, and requests for additional information directed to:

Name: Jeffrey A. Lester, Trustee
Address: 374 Main Street, Hackensack, NJ 07601
Telephone No.: 201-487-5544

*rev.8/1/15*

```
                       United States Bankruptcy Court
                             District of New Jersey
In re:                                                           Case No. 17-34780-RG
Yvonne Q Reeves                                                  Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1                  Date Rcvd: Mar 06, 2018
                              Form ID: pdf905          Total Noticed: 14
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2018.
db           +Yvonne Q Reeves,    18 Whitman Avenue,    East Orange, NJ 07017-5018
cr           +Carrington Mortgage Services, LLC as servicing age,     Stern, Lavinthal & Frankenberg, LLC,
               105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
517220708    +Carington Mortgage Services,    PO BOX 5001,    Westfield, IN 46074-5001
517220706    +Citi Financia;,    605 Munn Rd E,    Fortmill, SC 29715-8421
517244568     Citi Financial,    605 Minnesota Rd East,    Fort Mills, SC   29715
517244566    +City of East Orange,    44 City Hall Plaza,    East Orange, NJ 07018-4500
517220707    +Deutsche Bank,    Carrington Mortgage,    1600 Douglas Rd #200A,    Anaheim, CA 92806-5948
517244567    +Direct TV,    PO BOX 5007,    Carolstream, Illinois 60197-5007
517244564    +Ford Motor Credit,    Morgan Bornstein,    1236 Brace rd suite K,    Cherry Hill, NJ 08034-3229
517244565    +T Mobile,    800 SW 39th St,    Renton, Washington 98057-4975

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 07 2018 00:36:56      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 07 2018 00:36:54      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517223577    +E-mail/Text: bnc@atlasacq.com Mar 07 2018 00:36:18      Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
517221267    +E-mail/PDF: gecsedi@recoverycorp.com Mar 07 2018 00:33:22      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
               Trustee, for New Century Home Equity Loan Trust 2006-1 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Carrington Mortgage Services, LLC as servicing
               agent for Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home
               Equity Loan Trust 2006-1 cmecf@sternlav.com
              Jeffrey Lester    on behalf of Trustee Jeffrey  Lester jlester@bllaw.com,    NJ19@ecfcbis.com
              Jeffrey Lester    jlester@bllaw.com,    NJ19@ecfcbis.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
               Trustee, for New Century Home Equity Loan Trust 2006-1 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 6
```