Form oscmlfee – oscmlfeev27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                       Case No.:  17−34780−RG
                       Chapter:  7
                       Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Yvonne Q Reeves
    aka Yvonne Reeves
    18 Whitman Avenue
    East Orange, NJ 07017

Social Security No.:
    xxx−xx−3064

Employer's Tax I.D. No.:

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
DISMISSED FOR FAILURE TO MAKE INSTALLMENT
PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES**

    The Court having noted that:

    ☑    An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on 3/8/2018 in the amount of $ 83.75 has not been received by the Clerk,

    ☐    The debtor filed a on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

    It is hereby

    ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 3/26/18 or the case will be dismissed.

    If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 3/26/18.

    If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Rosemary Gambardella on

Date: April 3, 2018
Time: 10:00 am
Location: Courtroom 3E
Address:   Martin Luther King, Jr . Federal Building
            50 Walnut Street
            3rd Floor
            Newark, NJ 07102

Dated: March 12, 2018
JAN: pam

<u>Rosemary Gambardella</u>
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Yvonne Q Reeves  
       Debtor

Case No. 17-34780-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Mar 12, 2018  
                       Form ID: oscmlfee      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2018.  
db          +Yvonne Q Reeves,    18 Whitman Avenue,    East Orange, NJ 07017-5018

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 12 2018 23:59:41      United States Trustee,  
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,  
             Newark, NJ 07102-5235  
                                                                                                                                                                                    TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2018                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2018 at the address(es) listed below:  
         Denise E. Carlon     on behalf of Creditor     Deutsche Bank National Trust Company, as Indenture  
          Trustee, for New Century Home Equity Loan Trust 2006-1 dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Jeanette F. Frankenberg     on behalf of Creditor     Carrington Mortgage Services, LLC as servicing  
          agent for Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home  
          Equity Loan Trust 2006-1 cmecf@sternlav.com  
         Jeffrey Lester     on behalf of Trustee Jeffrey Lester jlester@bllaw.com, NJ19@ecfcbis.com  
         Jeffrey Lester     jlester@bllaw.com, NJ19@ecfcbis.com  
         Rebecca Ann Solarz     on behalf of Creditor     Deutsche Bank National Trust Company, as Indenture  
          Trustee, for New Century Home Equity Loan Trust 2006-1 rsolarz@kmllawgroup.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                                     TOTAL: 6