UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and phone number]*

Yvonne Q Reeves

18 Whitman Ave

East Orange NJ 07017

**FILED**
JEANNE A. NAUGHTON, CLERK

JUL -2 2018

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY C. Richards        DEPUTY

In Re:
*[Enter the debtor's name(s)]*

Yvonne Q Reeves

| | |
|---|---|
| Case No.: | 17-34780 |
| Chapter: | 13 |
| Hearing Date: | June 20, 2018 |
| Judge: | Gambardella |

## ORDER GRANTING MOTION TO ~~REINSTATE~~ STAY

*TEMPORARILY* (inserted above "REINSTATE")

The relief set forth on the following page is **ORDERED**.

*[Leave the rest of this page blank]*

7/2/18

/s/ Rosemary Gambardella
USBJ

The Court having reviewed the debtor's Motion to Reinstate the Automatic Stay, and any related responses or objections, it is hereby

ORDERED that:

1. The automatic stay is TEMPORARILY reinstated as to all creditors.

2. The debtor shall serve a copy of this order on the trustee, all parties that were served with the Motion, and any parties who objected or responded to the motion.

A further hearing will be conducted on July 18, 2018 at 10:30 AM.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-34780-RG
Yvonne Q Reeves                                                       Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Jul 02, 2018
                      Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2018.
db          +Yvonne Q Reeves,   18 Whitman Avenue,   East Orange, NJ 07017-5018

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2018 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Company, as Indenture
           Trustee, for New Century Home Equity Loan Trust 2006-1 dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jeanette F. Frankenberg   on behalf of Creditor   Carrington Mortgage Services, LLC as servicing
           agent for Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home
           Equity Loan Trust 2006-1 cmecf@sternlav.com
          Jeffrey Lester   on behalf of Trustee Jeffrey  Lester jlester@bllaw.com, NJ19@ecfcbis.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          Rebecca Ann Solarz   on behalf of Creditor   Deutsche Bank National Trust Company, as Indenture
           Trustee, for New Century Home Equity Loan Trust 2006-1 rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6