**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.: 17−34780−RG
                          Chapter: 13
                          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Yvonne Q Reeves
   aka Yvonne Reeves
   18 Whitman Avenue
   East Orange, NJ 07017

Social Security No.:
   xxx−xx−3064

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/5/18 at 10:30 AM

to consider and act upon the following:

*58* − Motion To Reinstate Stay Filed by Yvonne Q Reeves. Hearing scheduled for 6/20/2018 at 10:30 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Certification # 2 Statement as to Why No Brief is Necessary # 3 Certificate of Service # 4 Proposed Order) (slm)

Dated: 8/23/18

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court