| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| Stern Lavinthal & Frankenberg LLC<br>105 Eisenhower Parkway - Suite 302<br>Roseland, NJ 07068<br>Telephone Number (973) 797-1100<br>Facsimile Number (973) 228-2679<br>Attorneys for Secured Creditor,<br>Carrington Mortgage Services, LLC as servicing agent for Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2006-1<br>By: Jeanette F. Frankenberg, Esq. |
| In Re:<br><br>Yvonne Q Reeves aka Yvonne Reeves<br><br><br>Debtor(s) |

FILED
JEANNE A. NAUGHTON, CLERK
SEP - 5 2018
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

Case No.: 17-34780-RG
Chapter: 13
Hearing Date: September 5, 2018
Judge: Rosemary Gambardella U.S.B.J.

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED**.

9-5-18        /s/ Rosemary Gambardella
              USBJ

(Page 2)
Debtor: Yvonne Q Reeves aka Yvonne Reeves
Case No.:17-34780-RG
Caption of Order: **Order Vacating Automatic Stay**

Upon the Motion of Carrington Mortgage Services, LLC as servicing agent for Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2006-1, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or Movant), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

- Land and premises commonly known as **18 Whitman Avenue, East Orange, NJ 07017**

2. The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-34780-RG
Yvonne Q Reeves                                                         Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Sep 05, 2018
                           Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2018.
db              +Yvonne Q Reeves,    18 Whitman Avenue,    East Orange, NJ 07017-5018

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2018 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2006-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Jeanette F. Frankenberg    on behalf of Creditor    Carrington Mortgage Services, LLC as servicing agent for Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2006-1 cmecf@sternlav.com
        Jeffrey Lester    on behalf of Trustee Jeffrey  Lester jlester@bllaw.com, NJ19@ecfcbis.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2006-1 rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                       TOTAL: 6