Form tsntc

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  17−34780−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Yvonne Q Reeves
    aka Yvonne Reeves
    18 Whitman Avenue
    East Orange, NJ 07017

Social Security No.:
    xxx−xx−3064

Employer's Tax I.D. No.:

---

### Notice That a Transcript Has Been Filed

        You are Noticed that a Transcript has been filed on 8/24/18. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: September 13, 2018
JAN:

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-34780-RG
Yvonne Q Reeves                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Sep 13, 2018
                              Form ID: tsntc           Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2018.
db          +Yvonne Q Reeves,   18 Whitman Avenue,   East Orange, NJ 07017-5018
cr          +Carrington Mortgage Services, LLC as servicing age,   Stern, Lavinthal & Frankenberg, LLC,
             105 Eisenhower Parkway,   Suite 302,   Roseland, NJ 07068-1640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 13 2018 23:06:29     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 13 2018 23:06:26     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
                                                                               TOTAL: 2


             ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2018 at the address(es) listed below:
             Denise E. Carlon    on behalf of Creditor   Deutsche Bank National Trust Company, as Indenture
              Trustee, for New Century Home Equity Loan Trust 2006-1 dcarlon@kmllawgroup.com,
              bkgroup@kmllawgroup.com
             Jeanette F. Frankenberg    on behalf of Creditor   Carrington Mortgage Services, LLC as servicing
              agent for Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home
              Equity Loan Trust 2006-1 cmecf@sternlav.com
             Jeffrey Lester    on behalf of Trustee Jeffrey  Lester jlester@bllaw.com,  NJ19@ecfcbis.com
             Marie-Ann Greenberg    magecf@magtrustee.com
             Rebecca Ann Solarz    on behalf of Creditor   Deutsche Bank National Trust Company, as Indenture
              Trustee, for New Century Home Equity Loan Trust 2006-1 rsolarz@kmllawgroup.com
             U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                               TOTAL: 6