Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  17−34780−RG
        Chapter:  13
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Yvonne Q Reeves
   aka Yvonne Reeves
   18 Whitman Avenue
   East Orange, NJ 07017

Social Security No.:
   xxx−xx−3064

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/18/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 20, 2018
JAN: slm

        Jeanne Naughton
        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-34780-RG
Yvonne Q Reeves                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Sep 20, 2018
                              Form ID: 148         Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2018.
```
db          +Yvonne Q Reeves,    18 Whitman Avenue,    East Orange, NJ 07017-5018
cr          +Carrington Mortgage Services, LLC as servicing age,    Stern, Lavinthal & Frankenberg, LLC,
              105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
517220708   +Carington Mortgage Services,    PO BOX 5001,    Westfield, IN 46074-5001
517658717   +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
517220706   +Citi Financia;,    605 Munn Rd E,    Fortmill, SC 29715-8421
517244568    Citi Financial,    605 Minnesota Rd East,    Fort Mills, SC  29715
517244566   +City of East Orange,    44 City Hall Plaza,    East Orange, NJ 07018-4500
517220707   +Deutsche Bank,    Carrington Mortgage,    1600 Douglas Rd #200A,    Anaheim, CA 92806-5948
517244564   +Ford Motor Credit,    Morgan Bornstein,    1236 Brace rd suite K,    Cherry Hill, NJ 08034-3229
517244565   +T Mobile,    800 SW 39th St,    Renton, Washington 98057-4975
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 20 2018 23:14:21      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 20 2018 23:14:19      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517223577   +EDI: ATLASACQU.COM Sep 21 2018 02:53:00      Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
517244567   +EDI: DIRECTV.COM Sep 21 2018 02:53:00      Direct TV,    PO BOX 5007,
              Carolstream, Illinois 60197-5007
517650323   +EDI: AIS.COM Sep 21 2018 02:53:00      Directv, LLC,    by American InfoSource LP as agent,
              4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517221267   +EDI: RMSC.COM Sep 21 2018 02:53:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517659574*    +Carrington Mortgage Services, LLC.,   1600 South Douglass Road,   Anaheim, CA 92806-5951
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 22, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
               Trustee, for New Century Home Equity Loan Trust 2006-1 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Carrington Mortgage Services, LLC as servicing
               agent for Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home
               Equity Loan Trust 2006-1 cmecf@sternlav.com
              Jeffrey Lester    on behalf of Trustee Jeffrey  Lester jlester@bllaw.com,    NJ19@ecfcbis.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
               Trustee, for New Century Home Equity Loan Trust 2006-1 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```